UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HALL and JANET W. HALL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2006-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7B; CWALT, INC., ALTERNATIVE LOAN TRUST 2006-7CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES ROES 1-10 AND DOES 1 - 10, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Sacramento, California,<br><br>　　　　　　Defendants. | No.  2:16-cv-2828 GEB DB PS<br><br>ORDER |

　　　Plaintiffs are proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　On January 20, 2017, defendant filed a motion to dismiss plaintiff's original complaint. (ECF No. 5.)  That motion is noticed for hearing before the undersigned on February 17, 2017.

1

However, on February 10, 2017, plaintiffs filed a first amended complaint.  (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant's January 20, 2017 motion to dismiss the original complaint (ECF No. 5) is denied without prejudice as having been rendered moot;

2.  The February 17, 2017 hearing of defendant's motion to dismiss is vacated; and

3.  Within twenty-one (21) days of the date of this order defendant shall file a response to plaintiffs' amended complaint.

Dated:  February 13, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\hall2828.mtd.moot.ord