UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HALL and JANET W. HALL,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2006-7CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-7B; CWALT, INC., ALTERNATIVE LOAN TRUST 2006-7CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES ROES 1-10 AND DOES 1 - 10, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Sacramento, California,<br><br>Defendants. | No. 2:16-cv-2828 GEB DB PS<br><br>ORDER |

Plaintiffs are proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 6, 2017, defendant filed a motion to dismiss. (ECF No. 25.) That motion is noticed for hearing before the undersigned on August 11, 2017. However, on July 18, 2017,

1

plaintiffs filed a request for an extension of time to file opposition to defendant's motion to dismiss. (ECF No. 27.) Therein, plaintiffs note that they did not receive a copy of defendant's motion to dismiss and that it appears defendant may have mistakenly served a copy of the motion at plaintiffs' prior address. (Id. at 2.) Good cause appearing, plaintiffs' request for an extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' July 18, 2017 request for an extension of time (ECF No. 27) is granted;

2. The August 11, 2017 hearing of defendant's motion to dismiss (ECF No. 25) is continued to **Friday, September 8, 2017,** at **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned; and

3. Plaintiffs shall file an opposition or statement of non-opposition to defendant's motion to dismiss on or before August 25, 2017.

Dated: July 28, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\hall2828.eot.orrd